RECEIVED AND FILED
2013 AUG 22 AM 11:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**[1] MANUEL ANDINO-VAZQUEZ,
[2] JOSE CARLOS NEGRON-VAZQUEZ,**

Defendants.

**INDICTMENT**

CRIMINAL NO. 13- 591 (FAB)

**VIOLATIONS:**
18 U.S.C. § 922(a)(3)
18 U.S.C. § 1715
18 U.S.C. § 371
18 U.S.C. § 922(e)
18 U.S.C. § 922(g)(1)

**FORFEITURE:**
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

**(FIVE COUNTS & ONE FORFEITURE ALLEGATION)**

**THE GRAND JURY CHARGES:**

**COUNT ONE
Illegal Receipt Of Firearms
(Title 18, United States Code, Section 922(a)(3))**

On or about August 16, 2013, defendants,

**[1] MANUEL ANDINO-VAZQUEZ,
[2] JOSE CARLOS NEGRON-VAZQUEZ,**

aiding and abetting one another, not being licensed dealers, importers, manufacturers, and collectors of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully did receive in the Commonwealth of Puerto Rico, where they then resided, firearms, as defined in Title 18, United States Code, Section 921(a)(3), that are, one (1) Glock pistol, model 17, caliber nine millimeter, bearing serial number PKV874, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number LZT251, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number VEW564, one (1) Glock pistol, model 19, caliber nine

millimeter, bearing serial number PPY255, one (1) Glock pistol, model 23, caliber .40, bearing serial number BHH940, one (1) Glock pistol, model 23, caliber .40, bearing serial number UKT214, one (1) Glock pistol, model 30, caliber .45, bearing serial number KFP865, one (1) Glock pistol, model 30, caliber .45, bearing serial number MVX383, one (1) Glock pistol, model 30, caliber .45, bearing serial number MTG692, one (1) Glock pistol, model 33, caliber .357, bearing serial number DMZ875, and one (1) Glock pistol receiver, model unknown, caliber unknown, bearing serial number PAR201, said firearms having been obtained outside the Commonwealth of Puerto Rico in violation of Title 18, United States Code, Sections 922(a)(3), 2, with penalties provided in Title 18, United States Code, Section 924(a)(1)(D).

**COUNT TWO**
**Nonmailable Firearms**
**(Title 18, United States Code, Section 1715)**

On or about August 16, 2013, defendants,

**[1] MANUEL ANDINO-VAZQUEZ,**
**[2] JOSE CARLOS NEGRON-VAZQUEZ,**

aiding and abetting one another, knowingly caused to be delivered by mail via the United States Postal Service, firearms as that term is defined in Title 18, United States Code, Section 921(a)(3) capable of being concealed on the person, that are, one (1) Glock pistol, model 17, caliber nine millimeter, bearing serial number PKV874, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number LZT251, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number VEW564, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number PPY255, one (1) Glock pistol, model 23, caliber .40, bearing serial number BHH940, one (1) Glock pistol, model 23, caliber .40, bearing serial number

UKT214, one (1) Glock pistol, model 30, caliber .45, bearing serial number KFP865, one (1) Glock pistol, model 30, caliber .45, bearing serial number MVX383, one (1) Glock pistol, model 30, caliber .45, bearing serial number MTG692, one (1) Glock pistol, model 33, caliber .357, bearing serial number DMZ875, and one (1) Glock pistol receiver, model unknown, caliber unknown, bearing serial number PAR201. All in violation of Title 18, United States Code, Sections 1715 and 2.

**COUNT THREE**
**Conspiracy To Commit An Offense Against The United States**
**(Title 18, United States Code, Section 371)**

From a date unknown continuing until on or about August 16, 2013, defendants,

**[1] MANUEL ANDINO-VAZQUEZ,**
**[2] JOSE CARLOS NEGRON-VAZQUEZ,**

knowingly and willfully conspired and agreed to commit offenses against the United States, that is: the illegal receipt of firearms and causing firearms capable of being concealed on the person to be delivered by the United States Postal Service in violation of Title 18, United States Code, Sections 922(a)(3) and 1715.

**Purpose & Object of the Conspiracy**

It was the purpose and object of the conspiracy to illegally receive, via the U.S. Postal Service, firearms from the State of Florida to the Commonwealth of Puerto Rico.

**Manner & Means of the Conspiracy**

It was part of the conspiracy that defendants would receive firearms via the United States Postal Service from the State of Florida to the Commonwealth of Puerto Rico for pecuniary gain.

**Overt Act**

In furtherance of the conspiracy and to achieve its objects, the defendants knowingly received in the United States Postal Service firearms, as defined in Title 18, United States Code, Section 921(a)(3), that are, one (1) Glock pistol, model 17, caliber nine millimeter, bearing serial number PKV874, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number LZT251, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number VEW564, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number PPY255, one (1) Glock pistol, model 23, caliber .40, bearing serial number BHH940, one (1) Glock pistol, model 23, caliber .40, bearing serial number UKT214, one (1) Glock pistol, model 30, caliber .45, bearing serial number KFP865, one (1) Glock pistol, model 30, caliber .45, bearing serial number MVX383, one (1) Glock pistol, model 30, caliber .45, bearing serial number MTG692, one (1) Glock pistol, model 33, caliber .357, bearing serial number DMZ875, and one (1) Glock pistol receiver, model unknown, caliber unknown, bearing serial number PAR201, on August 16, 2013. All in violation of Title 18, United States Code, Section 371.

**COUNT FOUR**
**Delivery Of Firearms By Common Carrier Without Notice**
**(Title 18, United States Code, Section 922(e))**

On or about August 16, 2013, defendants,

**[1] MANUEL ANDINO-VAZQUEZ,**
**[2] JOSE CARLOS NEGRON-VAZQUEZ,**

aiding and abetting one another, not being licensed dealers, importers, manufacturers, and collectors of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly caused to be delivered to the United States Postal Service for transportation in shipment in interstate or foreign commerce, a package containing firearms as that term is defined in Title 18,

United States Code, Section 921(a)(3), that are that are, one (1) Glock pistol, model 17, caliber nine millimeter, bearing serial number PKV874, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number LZT251, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number VEW564, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number PPY255, one (1) Glock pistol, model 23, caliber .40, bearing serial number BHH940, one (1) Glock pistol, model 23, caliber .40, bearing serial number UKT214, one (1) Glock pistol, model 30, caliber .45, bearing serial number KFP865, one (1) Glock pistol, model 30, caliber .45, bearing serial number MVX383, one (1) Glock pistol, model 30, caliber .45, bearing serial number MTG692, one (1) Glock pistol, model 33, caliber .357, bearing serial number DMZ875, and one (1) Glock pistol receiver, model unknown, caliber unknown, bearing serial number PAR201, without written notice to the carrier that such firearms were being transported in interstate and foreign commerce for delivery. All in violation of Title 18, United States Code, Sections 922(e), 2, with penalties provided in Title 18, United States Code, Section 924(a)(1)(D).

**COUNT FIVE**
**Felon In Possession of A Firearm**
**(Title 18, United States Code, Section 922(g)(1))**

On or about August 16, 2013,

**[1] MANUEL ANDINO-VAZQUEZ,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting interstate commerce, firearms as that term is defined in Title 18, United States Code, Section 921(a)(3), that are, one (1) Glock pistol, model 17, caliber nine millimeter, bearing serial number PKV874, one (1) Glock pistol,

model 19, caliber nine millimeter, bearing serial number LZT251, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number VEW564, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number PPY255, one (1) Glock pistol, model 23, caliber .40, bearing serial number BHH940, one (1) Glock pistol, model 23, caliber .40, bearing serial number UKT214, one (1) Glock pistol, model 30, caliber .45, bearing serial number KFP865, one (1) Glock pistol, model 30, caliber .45, bearing serial number MVX383, one (1) Glock pistol, model 30, caliber .45, bearing serial number MTG692, one (1) Glock pistol, model 33, caliber .357, bearing serial number DMZ875, and one (1) Glock pistol receiver, model unknown, caliber unknown, bearing serial number PAR201, said firearms having been shipped and transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Section 922(g)(1), with penalties provided in Title 18, United States Code, Section 924(a)(2).

**FORFEITURE**
**Firearms Forfeiture**
**(Title 18, United States Code, Section 924(d)(1) & Title 28, United States Code, Section 2461(c))**

1. The allegations contained in Counts One and Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in Counts One or Five of this Indictment,

**[1] MANUEL ANDINO-VAZQUEZ,**
**[2] JOSE CARLOS NEGRON-VAZQUEZ,**

the defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense, including, but not limited to: one (1) Glock pistol, model 17, caliber nine millimeter, bearing serial number PKV874, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number LZT251, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number VEW564, one (1) Glock pistol, model 19, caliber nine millimeter, bearing serial number PPY255, one (1) Glock pistol, model 23, caliber .40, bearing serial number BHH940, one (1) Glock pistol, model 23, caliber .40, bearing serial number UKT214, one (1) Glock pistol, model 30, caliber .45, bearing serial number KFP865, one (1) Glock pistol, model 30, caliber .45, bearing serial number MVX383, one (1) Glock pistol, model 30, caliber .45, bearing serial number MTG692, one (1) Glock pistol, model 33, caliber .357, bearing serial number DMZ875, one (1) Glock pistol receiver, model unknown, caliber unknown, bearing serial number PAR201, and eleven (11) Glock pistol magazines.

*United States of America v. Manuel Andino-Vazquez, et al.,*
*Indictment*
*Page 8 of 8*

TRUE BILL

**FOREPERSON**
Date: Agosto/22/2013

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

José A. Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

Jose Capo-Iriarte
Assistant United States Attorney
Chief, Violent Crimes Unit

Luke Cass
Assistant United States Attorney

8